IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN PARKER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil No. 23-cv-1654 |
| E. TICE, FACILITY MANAGER SCI SOMERSET, *et. al.*, | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A) and (B), and Local Rule of Civil Procedure 72. On October 7, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that Plaintiff Stephen Parker's Second Amended Complaint be dismissed, and that he be given the opportunity to file a third amended complaint. ECF No. 43. Mr. Parker was informed that objections to the Report and Recommendation were due by October 24, 2024.

Mr. Parker did not file any Objections. In Mr. Parker's January 8, 2026 Motion for Extension of Time to File an amended complaint, he explains that he was unable to file Objections because he did not receive the Report and Recommendation until December 24, 2025. ECF No. 44. In his Motion, Mr. Parker requests an extension of time to submit an amended complaint as recommended in the Report. Accordingly, the Court construes Mr. Parker's request for time to file an amended complaint as indicating he has no objection to the Magistrate Judge's Report and Recommendation.

Given the lack of objection, the Court will adopt the Report and Recommendation as the Opinion of the Court. The Court will dismiss the Second Amended Complaint, and permit Mr. Parker the opportunity to file a third amended complaint, consistent with the directions in the Magistrate Judge's Report. Finally, the Court will dismiss without prejudice, Mr. Parker's previously filed Motion to Amend In Forma Pauperis and Waiver of Service Fee(s), ECF No. 42, as said Motion is moot because the Second Amended Complaint, which the Motion addresses, will be dismissed.

Accordingly, the following Order is hereby entered.

**ORDER**

AND NOW, this 12th day of January 2026, it is ORDERED that the Report and Recommendation, ECF No. 43, filed on October 24, 2025, is adopted as the Opinion of this Court. Plaintiff's Second Amended Complaint is hereby dismissed.

IT IS FURTHER ORDERED that Plaintiff is granted leave to file a third amended complaint, consistent with the Magistrate Judge's Report, on or before February 13, 2026. If no amended complaint is filed by February 13, 2026, this Order dismissing the Second Amended Complaint will become final and this case will be closed.

IT IS FURTHER ORDERED that Mr. Parker's Motion for Extension of Time to File an Amended Complaint is GRANTED. As stated above the due date for filing his amended complaint is February 13, 2026 .

Finally, it is ORDERED that Mr. Parker's Motion to Amend In Forma Pauperis and Waiver of Service Fee(s), ECF No. 42, is dismissed as moot, without prejudice.

This matter is returned to the Magistrate Judge for further proceedings.

                                              _s/*Marilyn J. Horan*_
                                              Marilyn J. Horan
                                              United States District Court Judge

Stephen Parker, pro se
GU-1465
SCI DALLAS
1000 FOLLIES ROAD
DALLAS, PA 18612

3